THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA MULLINS, | CASE NO. C17-1272-JCC |
| Plaintiff, | MINUTE ORDER EXTENDING RESPONSE DEADLINE |
| v. | |
| PRINCIPLE LIFE INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to extend the time for Defendant to file and serve a response to the complaint (Dkt. No. 10). The Court, finding good cause, GRANTS the request. The deadline for defendant, Principal Life Insurance Company, to respond to plaintiff's Complaint is EXTENDED to October 20, 2017.

DATED this 21st day of September 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk