THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA MULLINS, | CASE NO. C17-1272-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PRINCIPAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to reset case deadlines (Dkt. No. 16). The Court STRIKES pending deadlines and SETS the following schedule for trial submissions:

1. The Administrative Record shall be filed with the Court on April 2, 2018;
2. The parties' opening briefs shall be filed with the Court on April 16, 2018;
3. The parties' responsive briefs shall be filed with the Court on May 7, 2018.
4. The bench trial currently set for June 18, 2018 at 9:30 a.m. shall remain unchanged.
5. No further deadlines are applicable.

//

//

MINUTE ORDER
C17-1272-JCC
PAGE - 1

1    DATED this 19th day of March 2018.

2                                           William M. McCool
                                            Clerk of Court
3
                                            s/Tomas Hernandez
4                                           Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C17-1272-JCC
PAGE - 2